| | |
|---|---|
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF JOSEPH TAUBER TO THE BAR OF MARYLAND | * IN THE<br>* <br>* SUPREME COURT<br>* OF MARYLAND<br>* AG No. 57<br>* September Term, 2023<br>* |

## ORDER

Upon consideration of attorney Joseph Tauber's verified petition for reinstatement to the Bar of Maryland, as amended, and Bar Counsel's response recommending that the petition be granted, it is this 9th day of July 2024, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Joseph Tauber is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Joseph Tauber upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk